present when the whisky was found in and thrown from his car.

Appellant next insists that the conviction cannot stand because the evidence is insufficient to show that he possessed the eleven one-half pints of whisky found in the bar ditch.

■ It is not necessary that we again pass upon this contention because, under the evidence, it is sufficiently shown that appellant possessed the four one-half pints of whisky found in the car and the nearly full ⅘ quart of whisky thrown from the car, which is of a sufficient quantity to give rise to the statutory presumption that it was possessed for the purpose of sale.

The Motion for Rehearing is overruled.

Opinion approved by the Court.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The sale of beer in a dry area is the offense; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular. Nothing is presented for review.

The judgment is affirmed.